IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-266-KS

| | | |
|---|---|---|
| LINDA F. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's unopposed motion to appear by video teleconference for the hearing scheduled on Wednesday, August 26, 2015, at 10:45 a.m., it is hereby ORDERED that Defendant's motion is GRANTED. At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

This 24th day of June 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge